UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERON CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HON. JOHN J. DOLL, Acting <br> Under Secretary of Commerce for <br> Intellectual Property and Director of the <br> U.S. Patent and Trademark Office, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 09-00487 RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CONSENT MOTION FOR STAY

Defendant, John J. Doll, Acting Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), requests that the Court enter an Order staying this action until final disposition of the appeal of Wyeth and Elan Pharma International Ltd. v. Hon. Jon W. Dudas, Civil Action No. 07-1492 (JR) ("Wyeth"). Counsel for plaintiff has consented to this motion.

This case involves review of a patent-term adjustment granted by the USPTO under 35 U.S.C. § 154 and 5 U.S.C. §§ 701 through 706. The legal issues in this case are the same as those in Wyeth. On September 30, 2008, this Court granted Plaintiffs's motion for summary judgment in Wyeth, denied the USPTO's motion for summary judgment, and remanded the case to the agency for further proceedings consistent with the Court's opinion. See Wyeth, Civil Action No. 07-1492 (Documents 27 and 28). On November 28, 2008, the USPTO filed a notice of appeal of the decision in Wyeth, which is now pending before the United States Court of Appeals for the Federal Circuit as Wyeth and Elan Pharma International Ltd. v. Jon W. Dudas, No. 2009-1120. See id. (Document

29). Staying this action until final disposition of the appeal in Wyeth will promote judicial economy and assist in the orderly development of precedent.

Defendant notes that motions to stay have been granted in this jurisdiction in many similar cases, such as (1) Napo Pharmaceuticals, Inc. v. Dudas, Civil Action No. 08-1542 (RJL) (Order dated January 8, 2009); (2) Ironwood Pharmaceuticals, Inc. v. Dudas, Civil Action No. 08-1932 (RMC) (Order dated January 9, 2009); (3) Molecular Insight Pharmaceuticals, Inc. v. Dudas, Civil Action No. 08-2068 (RBW) (Order dated January 28, 2009); (4) Molecular Insight Pharmaceuticals, Inc. et al. v. Dudas, Civil Action No. 08-2065 (JR) (Order dated February 2, 2009), (5) Purac Biochem B.V. v. Dudas, Civil Action No. 08-2067 (RBW) (Order dated February 3, 2009), and (6) Biogen Idec Inc. v. Dudas, Civil Action No. 08-2061 (EGS) (Order dated February 6, 2009).

Accordingly, defendant requests that the Court stay this case until final disposition of the appeal in Wyeth. A draft order reflecting this relief is attached.

                          Respectfully submitted,

                          CHANNING D. PHILLIPS, D.C. Bar #415793
                          Acting United States Attorney

                          RUDOLPH CONTRERAS, D.C. Bar #434122
                          Assistant United States Attorney
                                /s/
                          FRED E. HAYNES, D.C. Bar #165654
                          Assistant United States Attorney
                          555 4th Street, N.W., Room E-4110
                          Washington, D.C. 20530
                          (202) 514-7201
                          fred.haynes@usdoj.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 09-00487 RJL |
| | ) |
| v. | ) |
| | ) |
| HON. JOHN J. DOLL, Acting Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's consent motion for a stay of this case, and the record herein, it is hereby:

ORDERED that the motion is GRANTED; and is further

ORDERED that this case is stayed until final disposition of the appeal from the decision in Wyeth and Elan Pharma International Ltd. v. Hon. Jon M. Dudas, Civil Action No. 07-1492 (JR), which is now pending before the United States Court of Appeals for the Federal Circuit, No. 2009-1120.

UNITED STATES DISTRICT JUDGE